05-20-15;03:40PM; ; # 2/ 3





# MEDINA COUNTY COURT AT LAW
## MEDINA COUNTY COURTHOUSE
### 1100 16TH STREET, RM #203
### HONDO, TEXAS 78861
### (830) 741-6061
### FAX (830) 741-6064

**VIVIAN TORRES**
JUDGE

**SHANNA CURIEL**
COURT COORDINATOR

May 20, 2015

✓Court Of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
Fax: (210) 335- 2762

Kimberly Ann Pepper Havel
Medina County Attorney's Office
1100 16th Street Floor 3
Hondo, Texas 78861
( Hand Delivered )

Sara Ruth Spector
Law Offices of Sara Ruth Spector
1616 Avenue M, Suite 107
Hondo, Texas 78861
Fax: (830) 426-2390

Francis McElroy
Volk & McElroy
3003 NW Loop 410 Suite 100
San Antonio, Texas 78230
Fax: (210) 377-1415

Re:     Court of Appeals Number: 04-15-00022-CV
        Trial Court Case Number: 1753
        Style: In the Matter Of PAR, A Juvenile

To the Honorable Fourth Court of Appeals;

I respectfully request an extension of time to conduct a hearing as ordered by Chief Justice Sandee Bryan Marion in connection with the above referenced matter. Prior to receipt of the order I had planned to be out of my office from May 27, 2015, through June 5, 2015, however, due to an emergency situation, I will be out starting tomorrow. That gives me no time to attend to the very important matters noted in the court's orders. I believe that I can conduct the needed hearing by June 15, 2015.

I regret to have to request an extension, but I find myself with no other options.

Thank you for your consideration of my request.

Presiding Judge, Vivian Torres
Medina County Court at Law

# Medina County Court at Law

1100 16th Street, Rm. 203
HONDO, TEXAS 78861
830-741-6061
Fax: 830-741-6064

## FAX TRANSMISSION COVER SHEET

Date: **5-20-15**

To: **Court of Appeals**

Fax: **210-335-2762**

Re: **Court of Appeals Number 04-15-00022-CV**
**Trial Court Case Number : 1753**
Style : In The matter of PAR, A Juvenile

Sender: JUDGE VIVIAN TORRES,

SHANNA CURIEL and/or JANNA HEILIG

YOU SHOULD RECEIVE **3** PAGE(S), INCLUDING THIS COVER SHEET. IF
YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 830-741-6061.

FormsFax